UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRUCE SCHMUTTER, On Behalf of Himself and All Others Similarly Situated,<br><br>       Plaintiffs,<br>v.<br><br>ARRIVAL SA, DENIS SVERDLOV, TIM HOLBROW, MICHAEL ABLESON, and AVINASH RUGOOBUR.<br>       Defendants. | Case No. 1:21-cv-11016-NRB<br><br>CLASS ACTION<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(A)(1)(A)** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs Bruce Schmutter and Dean Samet, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby dismiss this action against Defendants Arrival SA., Denis Sverdlov, Michael Ableson, Tim Holbrow, and Avinash Rugoobur without prejudice.

None of the Defendants filed an answer to the complaint or a motion for summary judgment. Dismissal under Rule 41(a)(1)(A) is therefore appropriate.

Dated: March 7, 2022     Respectfully submitted,

               */s/ Andrea Farah*
               Andrea Farah

               **LOWEY DANNENBERG, P.C.**
               Margaret MacLean
               Andrea Farah
               David C. Harrison
               Jennifer Tembeck
               44 South Broadway, Suite 1100
               White Plains, New York 10601
               Telephone: 914-997-0500
               Email: mmaclean@lowey.com
                   afarah@lowey.com
                   dharrison@lowey.com
                   jtembeck@lowey.com
               *Counsel for Lead Plaintiff Movant and Proposed Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I, Andrea Farah, hereby certify that, on March 7, 2022, I authorized a true and correct copy of the foregoing to be electronically filed with the clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

/s/ *Andrea Farah*
Andrea Farah